AO 91 (Rev. 11/11)  Criminal Complaint

FILED

OCT 21 2020

# UNITED STATES DISTRICT COURT
for the

Northern District of West Virginia

U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 3:20mJ 71 |
| April Braner | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ April 6, 2020 _____ in the county of _____ Berkeley _____ in the _____ Northern _____ District of _____ West Virginia _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 1512(a)(1)(C) and 18 USC 2 | Aiding and Abetting Tampering with Witness (Resulting in Death) |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Ellen Duffy, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ 10/21/2020 _____

_____
*Judge's signature*

City and state: _____ Martinsburg, West Virginia _____

Robert W. Trumble, United States Magistrate Judge
*Printed name and title*